## Ira E. Keim and Marshall M. Brock, Appellees, v. Eugene S. Nichols, Appellant.

Gen. No. 44,819.

John M. Beverly, J. Theodore Kiggins and A. J. W. Appell, for appellant; A. J. W. Appell, of counsel; Eckert, Peterson & Leeming and Costigan, Wollrab & Yodes, for appellees; A. R. Peterson, Walter W. Ross, Jr., and Herbert C. Loth, Jr., of counsel. Opinion by JUSTICE SCANLAN. **Not to be published in full.** Opinion filed March 21, 1950; released for publication April 21, 1950.

## Harry McMahon, Appellee, v. Frank Opatkiewicz, Appellant.

Gen. No. 44,658.

Wyatt Jacobs and Charles E. Heckler, for appellant; Miller & Moss, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed March 21, 1950; released for publication April 21, 1950.